

# THE THIRTEENTH COURT OF APPEALS

---

## 13-13-00326-CR

---

TALAL NIMER EL HAJ
v.
THE STATE OF TEXAS

---

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Cause No. CR-3117-12-H

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be VACATED IN PART and AFFIRMED AS MODIFIED by this Court. The Court orders the judgment of the trial court VACATED IN PART and AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

August 29, 2014